LILLIAN NERENSTONE, Appellant, *v.* SAMUEL H. NERENSTONE, Respondent.

Submitted November 10, 1947; decided November 20, 1947.

*Sidney H. Koblentz* for motion.
*Bennett I. Schlessel* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.